[No. 5976.]

In the Matter of the Application of Henry L.
· Doherty for a Writ of Habeas Corpus.

**Former Opinion Followed.**

This proceeding dismissed in accordance with the opinion in In re Stidger, ante, p. 407.

*Original Proceeding.*

Application by Henry L. Doherty for a writ of *habeas corpus*. Writ denied.

Decision *en banc*.                    *Dismissed.*

Mr. Justice Goddard and Mr. Justice Bailey dissenting.

Mr. J. F. Vaile, Mr. W. V. Elliott and Mr. R. J. Bardwell, for petitioners.

*Per Curiam.*—For reasons assigned in No. 5887, "In the Matter of the Application of George Stidger

for a Writ of *Habeas Corpus*," handed down this date, this proceeding will be dismissed.

  Decision *en banc.*       *Dismissed.*

  Mr. JUSTICE GODDARD and Mr. JUSTICE BAILEY dissent.